UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>SHAWN PIERRE HOBBS,<br><br>            Defendant. | 21-cr-539 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On March 10, 2022, the defendant in the above-captioned case commenced a three-year term of supervised release pursuant to a sentence imposed by this Court. The Court has now received a *pro se* letter from the defendant, dated February 29, 2024, requesting early termination of his supervised release. Upon receipt of this letter, the Court sought the views of the Government and Probation Department regarding defendant's request. The Government has indicated it does not oppose early termination for this defendant, and Probation has indicated they believe early termination would be in the interest of justice. In particular, Probation notes that the defendant has served two years of his term of supervision without any violations, has remained gainfully employed, has committed no further criminal acts, and has no prior criminal history.

    After considering the relevant factors set for in 18 U.S.C. § 3553(a), and in light of the defendant's conduct, the Court is satisfied that early termination of supervised release is in the interest of justice. Accordingly, the defendant's term of supervised release is hereby terminated as of the date of this Order.

1

SO ORDERED.

New York, NY
March 23, 2024

_____
JED S. RAKOFF, U.S.D.J.