AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Todd H. Bennett | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br><br>Case No. 7:24-MJ-702(KPB)<br><br>USM No.<br><br>John Doyle Pappalardo<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   NYVTL 1192(1)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| NYVTL 1192(1) | Driving While Ability Impaired | 11/18/2023 | 1 |

☑ Count(s)   2   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | | Fine |
|---|---|---|---|
| **Total:** | $ 5.00 | $ | 10,000.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9103

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:
Redding, CT

04/05/2024
Date of Imposition of Judgment

*/s/ Kim P. Berg*
Signature of Judge

Kim P. Berg, U.S.M.J.
Name and Title of Judge

04/05/2024
Date